IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01654-BNB

JOHNN A. VIDMAR JR.,

    Plaintiff,

v.

C.O. FOR C.C.A./BCCF,
CORRECTIONS OFFICER FOR BENT COUNTY CORRECTIONS FACILITY,
CORRECTIONS CORPORATION OF AMERICA, and
C.O. C. BRYAN,

    Defendants.

ORDER OF DISMISSAL

On July 15, 2014, the Court denied Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, finding that he has an available balance of $589.85 in his inmate account and, therefore, sufficient funds to pay the full $400 filing fee in full. Plaintiff was warned that if he failed to pay the filing fee within thirty days the Complaint and the action would be dismissed without further notice.

Plaintiff has failed to pay the filing fee within the time allowed. As a result, the Complaint and the action will be dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he must also pay the full $505.00 appellate filing fee or file a

motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

ORDERED that the Complaint and action are dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a court order and for failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this  25th  day of   August   , 2014.

BY THE COURT:


  s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court